Lonnie D. SNELLING, Appellant,

v.

CHRYSLER MOTORS CORPORATION, et al., Respondents.

No. 64301.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 1, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 9, 1994.

Application to Transfer Denied
April 26, 1994.

Lonnie D. Snelling, pro se.

Charles M. Poplstein, Thompson & Mitchell, St. Louis, for respondents.

Before GRIMM, P.J., and SMITH and CARL R. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Judgment affirmed. Rule 84.16(b).